UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-00167-1-H

| UNITED STATES OF AMERICA | ORDER TO WITHDRAW PRO SE MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C.§3582(C)(2) Guideline Amendment no.782 |
|---|---|
| v. ROBERT MOSES WILKERSON, JR., | |

On November 13, 2014, the Petitioner in the above-captioned matter, filed a *Pro Se* Motion for Reduction of Sentence Pursuant to 18 U.S.C.§3582(C)(2).

This honorable court hereby grants Petitioner's motion to withdraw *Pro Se* Motion for Reduction of Sentence Pursuant to 18 U.S.C.§3582(C)(2), and will allow motion(s) by Attorney Shayla C. Richberg to replace said withdrawn motion.

So ordered.

This the  11th  day of  Jan ,2016.

United States District Court Judge