IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:96-CR-167-H1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| ROBERT MOSES WILKERSON, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to reconsider this court's order filed January 14, 2016, denying defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). [D.E. #235 and #236]. This matter is ripe for adjudication.

Courts have generally recognized three grounds for altering or amending judgments. See Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). Specifically, courts will alter or amend "an earlier judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Id.

The court has carefully reviewed defendant's motion for reconsideration, as well as the record in this matter, and finds

no reason to alter or amend its judgment. Therefore, defendant's motion for reconsideration, [D.E. #235 and #236], is DENIED.

This 30th day of March 2016.

*[signature]*
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#34