UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Moses Wilkerson                                            Docket No. 5:96-CR-167-1H

## Petition for Action on Supervised Release

COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Moses Wilkerson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846; Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1); Use and Carry a Firearm during and in Relation to a Drug Trafficking Crime and Aiding and Abetting, in violation 18 U.S.C. § 924 (c)(1) and 2 , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 2, 1997, to the custody of the Bureau of Prisons for a term of life. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On March 19, 2021, Wilkerson's sentence was reduced to time served, by way of a compassionate release.

Robert Moses Wilkerson was released from custody on March 25, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

This offender reported to this office on April 13, 2021, and requested mental health treatment. The offender noted that he was having some issues adjusting after being in prison so long and would like someone to talk to.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Mark Culp<br>Mark Culp<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2543<br>Executed On: April 14, 2021 |

**Robert Moses Wilkerson**
**Docket No. 5:96-CR-167-1H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  14th  day of  April , 2021, and ordered filed and made a part of the records in the above case.

*[signature: Malcolm J. Howard]*
_____
Malcolm J. Howard
Senior U.S. District Judge